851 A.2d 832

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Hakim ROBINSON, Appellant.**

Supreme Court of Pennsylvania.

May 10, 2004.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.